# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH GANT | : | |
| *Plaintiff,* | | |
| v. | : | CIVIL ACTION |
| | | NO. 19-0043 |
| WARDEN SEAN MARLER; | | |
| MRS. KNOX; MR. JAMISON; | : | |
| MICHAEL CARROLL; and | | |
| MARISSA NASH | | |
| *Defendants.* | : | |

## **ORDER**

AND NOW, this 28th day of September 2020, upon consideration of: Defendants' Motion to Dismiss (ECF No. 24); Plaintiff's Response thereto (ECF No. 26); and, Defendants' Reply (ECF No. 31), it is hereby ORDERED that said Motion is GRANTED in PART and DENIED in PART, in accordance with this Court's accompanying Memorandum.

It is further ORDERED that Defendants shall file their Answer to the remaining portions of Plaintiff's Complaint within twenty-one (21) days of this Order.

BY THE COURT:

/s/ C. Darnell Jones, II    J.